**SO ORDERED.**



TIFFANY & BOSCO
P.A.

Dated: May 06, 2011

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24424

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony John Adamo and Erika Brooke Adamo<br>      Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates series 2006-AF2<br>      Movant,<br>vs.<br><br>Anthony John Adamo and Erika Brooke Adamo, Debtors; Roger W. Brown, Trustee.<br><br>      Respondents | No. 2:10-bk-26410-CGC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #23) |

      On this day came on for consideration, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates series 2006-AF2, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

    4225 W. Ocotillo Rd
    Phoenix AZ 85019

    and legally described as:

LOT 2353, WEST PLAZA TWELVE; ACCORDING TO BOOK 85 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA.